UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SHANTELLA M. FIELDS, | ) |
| Plaintiff, | ) |
| | ) No. 1:14-CV-19 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

On July 8, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 23). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **GRANTED** (Court File No. 20);

(2) A judgment awarding Plaintiff the amount of $1,978.76 for attorney fees is **ENTERED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**